

FILED

OCT 0 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    '07 MJ 88 29

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Magistrate Case No.: |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | 21 U.S.C. § 952 and 960 Importation of a Controlled |
| Juan Enrique JIMENEZ, | ) | Substance (Felony) |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

That on or about October 2, 2007, within the Southern District of California, defendant Juan Enrique JIMENEZ, did knowingly and intentionally import approximately 26.52 kilograms (58.34 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Rafael Silva, Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF OCTOBER 2007.

_____
Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Juan Enrique JIMENEZ

## STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Rafael Silva.

On October 2, 2007, at approximately 2156 hours, Juan Enrique JIMENEZ entered the United States from the Republic of Mexico via the Calexico, CA East Port of Entry. JIMENEZ was the sole occupant driver and registered owner of a 1995 Chevrolet Corvette.

CBP Canine Enforcement Officer (CEO) Barela was conducting a pre-primary operation with his assigned dog. The dog alerted to the vehicle JIMENEZ was driving. JIMENEZ and the vehicle were referred to the vehicle secondary inspection area.

In the vehicle secondary inspection area, JIMENEZ gave a negative Customs declaration to CBP Officer Barnes. CBP Officer Barnes asked JIMENEZ if the he was the vehicle owner and JIMENEZ stated he was. CBP Officer Barnes conducted a thorough search of the vehicle and found packages hidden inside the gas tank of the vehicle. CBP Officer Barnes probed a package exposing a green leafy substance, which tested and proved positive for marijuana. A total of 25 packages with a net weight of 26.52 kilograms (58.34 pounds) of marijuana were removed from the gas tank.

JIMENEZ was placed under arrest and advised of his rights per Miranda, which he acknowledged and waived, agreeing to answer questions. JIMENEZ stated to Special Agent Silva he knew the vehicle contained marijuana. JIMENEZ stated he was to be paid from $1,500.00 to drive the drug laden into the United States. JIMENEZ stated to S/A Silva he was to drive the vehicle to South Central Los Angeles. JIMENEZ admitted to successfully smuggling marijuana on more than thirty occasions.