

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3003-JM |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| JUAN ENRIQUE JIMENEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 2, 2007, within the Southern District of California, defendant JUAN ENRIQUE JIMENEZ, did knowingly and intentionally import approximately 26.52 kilograms (approximately 58.34 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 1, 2007 .

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:Imperial
11/1/07