# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER __07 CR 3003-JM__ |
| vs ) | ABSTRACT OF ORDER |
| Juan Enrique Jimenez (1) ) | Booking No. __01629298__ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __Feb. 8, 2008__

the Court entered the following order:

FILED FEB 0 8 2008

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____X_____ Defendant remanded and ( __X__ bond) ( _____ ~~bond on appeal~~) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

JEFFREY T. MILLER
UNITED STATES ~~MAGISTRATE~~ JUDGE

Received _____ DUSM

OR
by _____ Deputy Clerk

★ U.S. GPO: 1996-783-398/40151

Crim-9    (Rev 6-95)

CLERKS' COPY